IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID GRAVES,

    Plaintiff,

vs.                               CASE NO. 3:05cv52-RS

UNITED STATES OF AMERICA,
et al,

    Defendants.
_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Doc. 8). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss (Doc. 4) is granted to the extent that it seeks dismissal of the Internal Revenue Service as a party-defendant. Accordingly, the Internal Revenue Service is dismissed from this action with prejudice. The clerk is directed to enter judgment for the Internal Revenue Service.

3. Defendant's Motion to Dismiss (Doc. 4) is denied to the extent that it seeks dismissal of the complaint.

4. The file shall be returned to the assigned magistrate judge for further proceedings, including issuance of a service order directing plaintiff to

properly and promptly serve defendant United States of America.

ORDERED on January 30, 2006.

        **/S/ Richard Smoak**
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**