IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID GRAVES,

    Plaintiff,

vs.                                CASE NO. 3:05cv52/RS

UNITED STATES OF AMERICA,
et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 16). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice because of plaintiff's failure to comply with an order of the court and for plaintiff's failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

3. The clerk is directed to close the file.

ORDERED on September 11, 2006.

                                            **/S/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**